STATE OF CONNECTICUT *v.* ANEUDI NIEVES

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 410 (AC 24556), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided September 12, 2005

KENNETH N. PLADSEN *v.* COMMISSIONER OF CORRECTION

The petitioner Kenneth N. Pladsen's petition for certification for appeal from the Appellate Court, 89 Conn. App. 905 (AC 24684), is denied.

*Matthew J. Collins*, special public defender, in support of the petition.

Decided September 12, 2005

CONNECTICUT LIGHT AND POWER COMPANY *v.* BESS P. GILMORE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 89 Conn. App. 164 (AC 24700), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Douglas G. Gilmore*, in support of the petition.

*Jeanine M. Dumont*, in opposition.

Decided September 12, 2005